UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 2:91-CR-20-1BO

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Anthony Leon Bernard** | ) | |
| | ) | |

On May 12, 1992, Anthony Leon Bernard appeared before the Honorable Terrence W. Boyle, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Possession of an Unregistered Short-Barrel Shotgun, and Aiding and Abetting was sentenced to the custody of the Bureau of Prisons for a term of 51 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Anthony Leon Bernard was released from custody and the term of supervised release commenced on October 3, 2006. Between June 8, 2007 and October 17, 2016, the defendant was in Virginia state custody and his term of supervision was tolled. He was released from Virginia state custody on October 17, 2016, and his remaining term of supervised release commenced at that time.

From evidence presented at the revocation hearing on March 21, 2018, the court finds as a fact that Anthony Leon Bernard, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Failure to follow the instructions of the probation officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of Time Served.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 22nd day of March, 2018.

Terrence W. Boyle
U.S. District Judge